# MICHAEL HUESTON
## ATTORNEY AT LAW

16 COURT STREET
SUITE 3301
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900
Fax: (718) 246-2903
Email: mhueston@nyc.rr.com

ADMITTED NY

April 7, 2015

BY ECF / HAND
The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  *United States v. Martinez*, 10-cr-00555-NGG

Your Honor:

     I represent Mr. Jose Martinez in the above-referenced case.

     Because of the sensitive nature of Mr. Martinez's sentencing memorandum I request that it be filed under seal. The government consents to this application.

     I appreciate the court's attention to this matter.

                                              Respectfully,

                                              s/
                                              Michael O. Hueston

cc:     AUSA Darren LaVerne